*E-FILED - 9/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY G. DELAROSA, | ) | No. C 08-5280 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| M. MARTELL, Warden, | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition as untimely pursuant to 28 U.S.C. § 2244(d). A judgment of dismissal with prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/29/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Delarosa280jud.wpd